IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| FRED JOSEPH SHEAR, | ) | Bankruptcy Case No.: 24-12760-BLS |
| | ) | Bankr. BAP No. 25-01 |
| Debtor. | ) | |
| _____ | ) | |
| FRED JOSEPH SEHAR, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-0019-MN |
| | ) | |
| CHAPTER 7 TRUSTEE ALFRED T. GIULIANO, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **9th day of June 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter in order to determine the appropriateness of mediation for the case;

WHEREAS no appearance has been entered by the Appellee in the above-captioned appeal and a joint mediation is not possible at this time;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation.

                                                                                        *Christopher J. Burke*
                                                                                       Christopher J. Burke
                                                                                      UNITED STATES MAGISTRATE JUDGE