IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| FRED JOSEPH SHEAR, | ) ) ) | Case No. 24-12760 (BLS) |
| Debtor. | ) ) | (Bankr. D. Del.) |
| FRED JOSEPH SHEAR, | ) ) | |
| Appellant, | ) ) ) | |
| v. | ) ) ) | C.A. No. 25-0019 (MN) |
| CHAPTER 7 TRUSTEE ALFRED T. GIULIANO, | ) ) ) | |
| Appellee. | ) ) | |

## ORDER

At Wilmington, this 16th day of June 2025;

WHEREAS, on June 9, 2025, Magistrate Judge Christopher J. Burke issued an Order (D.I. 7) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the following briefing schedule shall govern this appeal:

    Opening Brief:    July 16, 2025

    Responsive Brief:    Thirty (30) days after the filing of the Opening Brief

Reply Brief:	Fourteen (14) days after the filing of the Answering Brief

_____
The Honorable Maryellen Noreika
United States District Judge